WALTER VOGEL, Respondent, *v.* UNION DIME SAVINGS BANK, Appellant.

*Negligence — buildings — injury to one entering building from glass falling from revolving door.*

*Vogel* v. *Union Dime Savings Bank*, 221 App. Div. 881, affirmed.

(Submitted February 20, 1928; decided March 27, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1927, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, entering defendant's building, pushed against the casing of a revolving door. The door turned but suddenly stopped and the glass in front of plaintiff fell out causing him injury.

*Alfred W. Andrews* and *Irving H. Schafer* for appellant.
*Almet R. Latson, Jr.,* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.